UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUAMINKA CONERLY | * | CIVIL ACTION NO. 16-14583 |
| | * | |
| | * | SECTION: "E"(1) |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| GEORGIA STATE UNIVERSITY | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Complaint is stricken from the Record and this lawsuit is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 9th day of January, 2017.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE